---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known)*: _____    Chapter **11**

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Hercules Offshore, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   N/A

3. **Debtor's federal Employer Identification Number (EIN)**

   5 6 – 2 5 4 2 8 3 8

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 9    Greenway Plaza <br> Number    Street | Number    Street |
   | Suite 2200 | P.O. Box |
   | Houston    TX    77046 <br> City    State    ZIP Code | City    State    ZIP Code |
   | Harris <br> County | **Location of principal assets, if different from principal place of business** <br> Number    Street <br><br> City    State    ZIP Code |

5. **Debtor's website (URL)**

   http://www.herculesoffshore.com/

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

| Debtor | Hercules Offshore, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2  1  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District  Delaware  When  08/13/15  Case number  15-11685
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Schedule 1  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Hercules Offshore, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Hercules Offshore, Inc. | | Case number (*if known*) | |
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6 / 5 / 2016
MM / DD / YYYY

X _Troy L._____        Troy L. Carson
Signature of authorized representative of debtor        Printed name

Title  Vice President

**18. Signature of attorney**

X _____ pp. RSD        Date  6 - 5 - 2016
Signature of attorney for debtor        MM / DD / YYYY

Robert J. Dehney
Printed name

Morris Nichols Arsht & Tunnell LLP
Firm name

1201    N. Market Street, 16th Floor, P.O. Box 1347
Number    Street

Wilmington        DE    19899-1347
City        State    ZIP Code

(302) 658-9200        rdehney@mnat.com
Contact phone        Email address

3578        DE
Bar number        State

## EXHIBIT A TO VOLUNTARY PETITION

1.  The debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, and the SEC file number is 001-37623.

2.  The following financial data is the latest available information and refers to the debtor's condition on March 31, 2016.

    a.  Total assets:                                          $1,062,807,000[1]

    b.  Total debts:                                           $521,379,000

    c.  Debt securities held by more than 500 holders:         None.

    d.  Number of shares of common stock:                      19,988,898 shares

3.  Brief description of debtor's business:  Hercules Offshore, Inc. and its debtor and non-debtor subsidiaries are providers of shallow-water drilling and marine services to the oil and natural gas exploration and production industry globally.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

    Loomis Sayles & Company LP

    Centerbridge Partners

    Western Asset Management Co.

    Soros Fund Management LLC

---

[1] This represents the book value of the assets and liabilities of Hercules Offshore, Inc. and its affiliates as reported in the Form 10-Q for the period ending March 31, 2016 filed by Hercules Offshore, Inc.  The range of values for the assets used in the recovery analyses contained in the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan* was based on bids received from third parties, indications of value from third party brokers and estimates from management, and is believed to be reflective of the range of value that can be realized for those assets in a sale.

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Bankruptcy Code. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Hercules Offshore, Inc.

1. Hercules Offshore, Inc.

2. Cliffs Drilling Company

3. Cliffs Drilling Trinidad, L.L.C.

4. FDT LLC

5. FDT Holdings LLC

6. Hercules Drilling Company, LLC

7. Hercules Offshore Services LLC

8. Hercules Offshore Liftboat Company LLC

9. HERO Holdings, Inc.

10. SD Drilling LLC

11. THE Offshore Drilling Company

12. THE Onshore Drilling Company

13. TODCO Americas Inc.

14. TODCO International Inc.

# HERCULES OFFSHORE, INC.

## SECRETARY'S CERTIFICATE

### June 3, 2016

The undersigned duly elected, qualified, and acting Secretary of Hercules Offshore, Inc., a Delaware corporation (the "Company"), hereby delivers this Secretary's Certificate in connection with the filing of voluntary petitions for Chapter 11 relief by the Company and the Debtor Subsidiaries. Capitalized terms used herein, unless otherwise defined herein, shall have the meanings ascribed to such terms in the Resolutions (as defined below).

The undersigned hereby certifies as of the date hereof on behalf of the Company, solely in his official capacity as an officer of the Company and not in his individual capacity, that attached hereto as Exhibit A is a true, complete and correct copy of the resolutions adopted at a meeting of the Board of the Directors of the Company duly held on May 25, 2016 (the "Resolutions"), authorizing the Company and the Debtor Subsidiaries to, among other things, (i) execute and deliver the Restructuring Support Agreement, (ii) commence the solicitation of votes on the Prepackaged Plan, (iii) file the Chapter 11 Petition in Bankruptcy Court and (iv) engage certain professionals in connection with the Chapter 11 Case. The Resolutions have not been amended, modified, rescinded, revised, repealed, superseded or supplemented since the date of their adoption and are in full force and effect as of the date hereof.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned has duly executed this Secretary's Certificate as of the date first referenced above.

Name:  Beau M. Thompson
Title:   Senior Vice President, General Counsel and
         Secretary

**EXHIBIT A**

Board Resolutions

[See Attached]

## HERCULES OFFSHORE, INC.
(a Delaware Corporation)

### Resolutions of the Board of Directors

**Filing of Voluntary Petition for Chapter 11 Relief**

**WHEREAS,** the Board of Directors (the "Board") has reviewed and discussed the financial and operational condition of Hercules Offshore, Inc. (the "Company") and the Company's business on the date hereof, including the current and historical performance of the Company, the assets and liquidity of the Company, the current and long-term liabilities of the Company, the market for the Company's services, and credit market conditions; and

**WHEREAS,** the Company has been negotiating (i) a restructuring support agreement (the "Restructuring Support Agreement") and related term sheet (the "Term Sheet"), drafts of which have been previously distributed to and reviewed by the Board, with certain lenders (the "Ad Hoc Group") under that certain Credit Agreement, dated as of November 6, 2015 (the "Credit Agreement"), among the Company, as borrower, the subsidiaries party thereto, as guarantors, the lenders party thereto (the "First Lien Lenders"), and Jefferies Finance, LLC, as the administrative agent and the collateral agent (the "Agent") and (ii) an amended and restated forbearance agreement (the "A&R Forbearance Agreement"), a draft of which has been previously distributed to and reviewed by the Board, with the Ad Hoc Group and the Agent; and

**WHEREAS,** the Restructuring Support Agreement and the Term Sheet contemplate that the Company's assets will be monetized and the Company's business and operations will be wound down in a controlled, cost efficient and value-maximizing manner through certain transactions to be implemented through a prepackaged chapter 11 plan, the terms of which are set forth in the Restructuring Support Agreement and the Term Sheet; and

**WHEREAS,** certain subsidiaries of the Company, as set forth on Exhibit A (the "Debtor Subsidiaries"), which are all direct or indirect wholly-owned subsidiaries of the Company, shall also be parties to the Restructuring Support Agreement and Term Sheet and shall also file voluntary petitions under chapter 11 as contemplated therein; and

**WHEREAS,** pursuant to the A&R Forbearance Agreement, the Ad Hoc Group shall, among other things, (i) forbear from exercising certain of their default-related rights and remedies against the Company and the other Loan Parties (as defined in the Credit Agreement) with respect to certain defaults under the Credit Agreement specified in the A&R Forbearance Agreement, (ii) consent to the transaction to sell the *Hercules Highlander* and the release of all liens and security interests in any assets or property subject to the transaction to sell the *Hercules Highlander* and (iii) upon the request of the Company, consent to the release of the Loan Parties who are not filing voluntary petitions under chapter 11 from their guarantees under the Credit Agreement and the release of all liens and security interests in any assets or property of the Loan Parties who are not filing

1

voluntary petitions under chapter 11 upon the effective date of the Prepackaged Plan (as defined below); and

WHEREAS, pursuant to the Restructuring Support Agreement and the Term Sheet, among other things, the Company shall commence solicitation of votes on the *Debtors' Joint Prepackaged Chapter 11 Plan* (the "Prepackaged Plan") from the First Lien Lenders and holders of common stock in the Company ("HERO Equity Interests") by causing the Prepackaged Plan and the related *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan* (the "Disclosure Statement") to be distributed to First Lien Lenders and holders of HERO Equity Interests; and

WHEREAS, the Board has received, reviewed, and discussed the recommendations of senior management of the Company and the Company's legal, financial, and other advisors as to, among other things, the liabilities, assets, and liquidity of the Company, and the relative risks and benefits of the strategic alternatives available to the Company, including pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code") and confirmation of the Prepackaged Plan; and

WHEREAS, after review and discussion and due consideration of all of the information presented to the Board, the Board deems it advisable and in the best interests of the Company, including, without limitation, its creditors, employees, stockholders and other investors, stakeholders and other interested parties, (i) for each of the Company and the Debtor Subsidiaries to (A) enter into the Restructuring Support Agreement and Term Sheet and (B) file a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Chapter 11 Petition") and pursue confirmation of the Prepackaged Plan and (ii) for the Company to enter into the A&R Forbearance Agreement.

NOW, THEREFORE, BE IT RESOLVED, that the Board approves (i) the Restructuring Agreement, which includes the Term Sheet attached as an exhibit thereto, (ii) the A&R Forbearance Agreement, (iii) the solicitation of votes on the Prepackaged Plan from the First Lien Lenders and holders of HERO Equity Interests, and (iv) the filing of the Chapter 11 Petition, including any non-material amendments or supplements thereto (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in order to commence the Chapter 11 Case; and further

RESOLVED, that the Board authorizes John T. Rynd, Chief Executive Officer and President, Troy L. Carson, Senior Vice President and Chief Financial Officer, Beau M. Thompson, Senior Vice President, General Counsel and Secretary, and each Vice President or Secretary of the Company (the "Authorized Officers"), and each of them, in the name and on behalf of the Company, to: (i) execute and deliver the Restructuring Support Agreement, which includes the Term Sheet attached as an exhibit thereto, with any non-material amendments or modifications deemed by the Authorized Officers to be necessary or desirable to finalize the Restructuring Support Agreement and Term Sheet with the counterparties and permit the consummation of the transactions contemplated thereunder; (ii) consummate the transactions contemplated under the Restructuring

Support Agreement and Term Sheet; (iii) execute and deliver the A&R Forbearance Agreement, with any non-material amendments or modifications deemed by the Authorized Officers to be necessary or desirable to finalize the A&R Forbearance Agreement with the counterparties; (iv) execute and verify the Chapter 11 Petition on behalf of the Company and the Debtor Subsidiaries and (v) file the Chapter 11 Petition in the Bankruptcy Court in order to commence the Chapter 11 Case, in such form and at such time as such Authorized Officer executing the petition shall determine; and further

**RESOLVED**, that the Board authorizes the Debtor Subsidiaries to (i) execute and deliver the Restructuring Support Agreement, which includes the Term Sheet attached as an exhibit thereto; (ii) consummate the transactions contemplated under the Restructuring Support Agreement and Term Sheet (iii) execute and verify the Chapter 11 Petition; and (iv) file the Chapter 11 Petition in the Bankruptcy Court in order to commence the Chapter 11 Case; and further

**RESOLVED**, that Authorized Officers be, and each hereby is, authorized and empowered to file with the Bankruptcy Court on behalf of the Company and the Debtor Subsidiaries the Prepackaged Plan and Disclosure Statement and to take any and all further acts and deeds that the Authorized Officers deem necessary or proper to obtain confirmation of the Prepackaged Plan by the Bankruptcy Court; and further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized and empowered to execute and file on behalf of the Company and the Debtor Subsidiaries all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 11 Case and obtain relief under chapter 11 of the Bankruptcy Code, and to take any and all further acts and deeds that the Authorized Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 11 Case; and further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized and empowered to take, or cause to be taken, on behalf of the Company and the Debtor Subsidiaries, any and all actions necessary or desirable to (i) execute and deliver the Restructuring Support Agreement, the Term Sheet, the A&R Forbearance Agreement, the Prepackaged Plan, the Disclosure Statement; and (ii) effect the solicitation of votes from First Lien Lenders and holders of HERO Equity Interests and the Chapter 11 Case; and further

**Engagement of Chapter 11 Professionals**

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company and the Debtor Subsidiaries, the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") as general bankruptcy co-counsel to the Company and the Debtor Subsidiaries in connection with the Chapter 11 Case and in other related matters on such terms and conditions as the Authorized Officers shall approve; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to,

and cause to be filed an appropriate application for authority to retain the services of Akin Gump; and further

**RESOLVED,** that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company and the Debtor Subsidiaries, the law firm of Morris, Nichols, Arsht & Tunnell LLP ("MNAT") as general bankruptcy co-counsel to the Company and the Debtor Subsidiaries in connection with the Chapter 11 Case and in other related matters on such terms and conditions as the Authorized Officers shall approve; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of MNAT; and further

**RESOLVED,** that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company and the Debtor Subsidiaries, PJT Partners, Inc. ("PJT") as financial advisor for the Company and the Debtor Subsidiaries in connection with the Chapter 11 Case and in other related matters on such terms and conditions as the Authorized Officers shall approve; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of PJT; and further

**RESOLVED,** that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company and the Debtor Subsidiaries, FTI Consulting, Inc. ("FTI") as restructuring advisor for the Company and the Debtor Subsidiaries in connection with the Chapter 11 Case and in other related matters on such terms and conditions as the Authorized Officers shall approve; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of FTI; and further

**RESOLVED,** that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company, the Debtor Subsidiaries, Prime Clerk LLC ("Prime Clerk") as claims, notice and balloting agent for the Company and the Debtor Subsidiaries in connection with the Chapter 11 Case and in other related matters on such terms and conditions as the Authorized Officers shall approve; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers to, and cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and further

**RESOLVED,** that the Authorized Officers be, and each hereby is, authorized and empowered to employ, on behalf of the Company and the Debtor Subsidiaries, such other counsel, financial advisors, and other professionals, as necessary or appropriate, in connection with the Chapter 11 Case on such terms and conditions as the Authorized Officers shall approve.

**General Authorizing Resolutions**

4

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered, for and on behalf of the Company and the Debtor Subsidiaries, to take or cause to be taken any and all such actions and to negotiate, enter into, execute and deliver any and all such agreements, non-material amendments, certificates, contracts, instruments, security documents and mortgages, notices, statements, acknowledgments and other documents and filings, and to approve and effect any filings with any and all appropriate regulatory authorities and to pay such fees as may be required or as any of such officer may deem necessary or appropriate to carry out the transactions contemplated by, and the purposes and intent of, these resolutions; all such actions to be performed in such manner and all such agreements, non-material amendments, certificates, contracts, instruments, security documents and mortgages, notices, statements, acknowledgments, documents and filings to be executed and delivered in such form as the officer performing or executing the same shall approve, such officer's performance or execution and delivery thereof to be conclusive evidence of such approval and the approval of the Board; and further

**RESOLVED**, that the Secretary and any Assistant Secretary of the Company be, and each of them hereby is, authorized and empowered, for and on behalf of the Company, to certify and attest and affix the seal of the Company to any documents that such Secretary or any such Assistant Secretary may deem necessary or appropriate to consummate the transactions contemplated by the documents heretofore authorized and approved, provided that such certification, attestation and seal shall not be required for the due authorization, execution and delivery or validity of the particular document; and further

**RESOLVED**, that all acts and deeds previously performed by any of the officers or representatives of the Company prior to the date hereof in furtherance of these resolutions be and each of them hereby is approved, ratified and confirmed in all respects as the authorized acts and deeds of the Company.

5

## Exhibit A

### Debtor Subsidiaries

Cliffs Drilling Company

Cliffs Drilling Trinidad LLC

FDT LLC

FDT Holdings LLC

Hercules Drilling Company, LLC

Hercules Offshore Services LLC

Hercules Offshore Liftboat Company LLC

HERO Holdings, Inc.

SD Drilling LLC

THE Offshore Drilling Company

THE Onshore Drilling Company

TODCO Americas Inc.

TODCO International Inc.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hercules Offshore, Inc. *et al.*[1] |
| United States Bankruptcy Court for the: _____ District of **Delaware** | |
| Case number *(If known)*: _____ | (State) |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders

12/15

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.  The following is the consolidated list of the Debtors' creditors holding the 35 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately June 5, 2015.  The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the chapter 11 cases.  The Consolidated List does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors.  None of these creditors are minor children.  The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 1 | Louisiana Department of Revenue 617 North Third Street Baton Rouge, LA 70802 | Kimberly L. Robinson Tel: 855-307-3893 Fax: 225-923-4051 Email: business.inquiries@la.gov | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |
| 2 | Parish of Terrebonne P.O. Box 670 Houma, LA 70361 | Mark Daigle Sales & Use Tax Department Tel: 985-876-3734 Email: madaigle@tpcg.org | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326).

Debtor  Hercules Offshore, Inc. *et al*       Case Number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 3 | Plaquemines Parish Sheriff Department 8022 Highway 23 Belle Chase, LA 70037 | Lonnie Greco Tel: 504-934-6776 Fax: 504-433-4456 | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |
| 4 | LaFourche Parish Assessor's Office 403 St. Louis St. Thibodaux, LA 70301 | Wendy Thibodeaux Sheriff & Ex-Officio Tax Collector Tel: 985-447-7242 Email: wendy@lpao.net | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |
| 5 | Seatrax, Inc. 218 Gunther Lane Bella Chase, LA 70037 | Doug Morrow Tel: 504-394-4600 Fax: 504 394 0031 Email: dmorrow@seatrax.com | Trade Payable | | | | $426,203.12 |
| 6 | Parish of Jefferson 740 2nd Street Gretna, LA 70053 | Newell Norman Tel: 504-736-6950 Email: sheriff@jpso.com | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |
| 7 | Crystal Offshore Construction & Fabrication Pte Ltd No. 29 Pioneer Sector 1 Singapore | Sujith Sakharan Tel: 65 686 15885 Fax: 65 686 11083 | Trade Payable | | | | $296,673.29 |
| 8 | Parish of Lafayette P.O. Box 3883 Lafayette, LA 70502-3883 | Keith Sibille Tel: 337-236-3999 Fax: 337-236-3919 Email: lpsoinfo@lafayettesheriff.com | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |
| 9 | Parish of St Mary 1455 Railroad Ave Morgan City, LA 70380 | Jarrod Longman Tel: 337-828-4100 Fax: 337-828-2122 | Taxes | Contingent, Unliquidated, Disputed | | | Unknown |

Debtor    Hercules Offshore, Inc. *et al*    Case Number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |
|---|---|---|---|---|---|
| 10 | Compass Group Singapore PTE LTD 11 Changi South Street 3 Builders Shop Building #04-02/03 Singapore | Queen Stephen Tel: 65 6398 0188 Fax: 65 6398 0288 | Trade Payable | | $211,409.92 |
| 11 | Crosby Tugs Inc. 17771 LA-3235 Golden Meadow, LA 70354 | Kurt Crosby Tel: 985-632-7575 Email: kurt@crosbytugs.com | Trade Payable | | $206,884.80 |
| 12 | SSE Marine Logistics PTE LTD 23 Shipyard Road Singapore | Anna Law Tel: 65 6266 7748 Fax: 65 6754 8461 Email: accts@ssemarinelog.net | Trade Payable | | $166,920.00 |
| 13 | Cameron France SAS Plaine Saint-Pierre-CS 10620 34535 Bezuers Cedex Beziers, France | Hunter Jones Tel: 33 467 111 500 Fax: 33 467 111 600 | Trade Payable | | $155,644.80 |
| 14 | Highland Rope Access Unit 22 Robert Leonard Centre Dyce, Aberdeen, Scotland | Neil Robertson Tel: 44 1224 725856 Email: neil.robertson@highlandos.com | Trade Payable | | $139,853.25 |
| 15 | Safety Management Systems 2916 N. University Ave. Lafayette, LA 70507 | Todd LaPorte Tel: 1-800-252-5522 Email: SMS@Acadian.com | Trade Payable | | $115,767.48 |
| 16 | RigNet, Inc. 1880 South Dairy Ashford, St. 300 Houston, TX 77077 | Bob Ward Tel: 281-674-0100 Fax: 281-674-0101 Email: bob.ward@rig.net | Trade Payable | | $94,367.01 |

Debtor    Hercules Offshore, Inc. *et al*          Case Number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 17 | Bradford Marine Services Pte Ltd No. 1 UBI Crescent #06-07 Number One Bldg Singapore | Iqbal Bin Tel: 65 6744 9919 Email: admin@bradmarine.com | Trade Payable | | | | $85,702.92 |
| 18 | Enquest Petro Solutions Private Limited 621, 6th Floor DLF Tower-B, Plot no. 11, Distt. Center Jasola New Delhi, India | Sanjeev Mittal Tel: 9111 41055051 Email: sanjeev.mittal@enquest.co.in | Trade Payable | Contingent | | | $80,417.42 |
| 19 | GJ Land & Marine Food Distributors, Inc 506 Front Street Mordan City, LA 70380 | Erik Lind Tel: 800-256-9187 Fax: 985-385-3614 Email: elind@gjfood.com | Trade Payable | | | | $77,041.14 |
| 20 | Clyde Union South East Asia Pte Ltd. No. 9 Pioneer Walk Singapore | Bryan Tan Tel: 65 6276 7117 Fax: 65 6278 7117 Email: bryan.tan@spx.com | Trade Payable | | | | $76,500.00 |
| 21 | Progressive Recruitment, a trading division of Sihree Pte Ltd. Unit #09-02, 18 Cross Street, China Square Central Singapore | Mikhael Malapas Tel: 65 6591 5600 Fax: 65 6591 5601 Email: sgadmin@progressiverecruitment.com | Trade Payable | | | | $70,818.46 |
| 22 | Jurong Shipyard Pte Ltd 29, TANJONG KLING ROAD Singapore | Sharon Lee Tel: 65 62651766 Email: sharon.lee@sembmarine.com | Trade Payable | | | | $66,103.64 |
| 23 | Cameron Singapore PTE LTD 168 Robinson Road, Capital Tower Singapore | Shawn Yeo Tel: 65-6494-7600 Email: shawn.yeo@c-a-m.com | Trade Payable | | | | $62,887.73 |

Debtor  Hercules Offshore, Inc. *et al*          Case Number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 24 | Kongsberg Maritime 81 TOH GUAN ROAD EAST #04-01 Secom Centre, Singapore | Anders Kveseth Tel: (713) 329-5580 Email: anders.kveseth@kongsberg.com | Trade Payable | | | | $53,577.65 |
| 25 | Kingston Systems, LLC 55 Candle Pine Place, Suite 100 The Woodlands, TX 77381 | Christopher Goetz Tel: (832) 279-2740 Email: cgoetz@kingston-systems.com | Trade Payable | | | | $51,844.45 |
| 26 | NOV Rig Solutions Pte Ltd 13, Kwong Min Road Singapore | Magdalen Siow Tel: 65 6594 1000 Email: Singaporerigsolutionspartsinsidesales@nov.com | Trade Payable | | | | $51,381.34 |
| 27 | Cosin International PTE, LTD 21 Bukit Batok Crescent #08-79 WCEGA Tower Singapore | Juan Vesga Tel: 65 9747 3885 Email: jeceve@aol.com | Trade Payable | | | | $50,470.00 |
| 28 | Oilfield Instrumentation USA 11811 Tanner Rd Houston, TX 77041 | Hailey Whitney Tel: (832) 243-0600 Email: hwhitney@oiusa.com | Trade Payable | | | | $44,370.00 |
| 29 | Aqualis Offshore, Inc. 16000 Barkers Point Lane, Suite 202 Houston, TX 77079 | Briant Happ Tel: (832) 243-4325 Email: briant.happ@aqualisoffshore.com | Trade Payable | | | | $43,510.59 |
| 30 | Tractors Singapore Ltd. 26 Benoi Sector Singapore | Paul Lim Tel: 65 6261 2222 Fax: 65 6265 6772 Email: lim.tau.cheng@tractors.simedarby.com.sg | Trade Payable | | | | $43,196.71 |

Debtor    Hercules Offshore, Inc. *et al*
          Name

Case Number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 31 | C&G Boats, Inc. 1216 S Bayou Dr Golden Meadow, LA 70357 | Cory Kruse Tel: 985-475-5155 Email: ckruse@cgboats.com | Trade Payable | | | | $41,870.34 |
| 32 | Fidelity Investments One Destiny Way, WA2J Westlake, TX 76262 | Joe Palumbo Tel: 817-474-8680 Fax: 972-910-4275 Email: joseph.palumbo@fmr.com | Trade Payable | | | | $39,576.00 |
| 33 | Martin Holdings, LLC 16201 East Main Street Cut Off, LA 70345 | Connie Plaisance Tel: 985-601-4304 Email: connie.plaisance@chouest.com | Trade Payable | | | | $38,127.60 |
| 34 | C Port/Stone LLC 150 20th Street Port Fourchon, LA 70357 | Optimer Roussel Tel: (800) 525-7413 Fax: (985) 396-2246 Email: oroussel@stoneoil.com | Trade Payable | | | | $35,638.00 |
| 35 | Smart Fabricators of Texas, LLC 6830 S 1st St Sabine Pass, TX 77655 | Wayne Boyd Tel: 409-971-2669 Email: wayne@smartfabtex.com | Trade Payable | | | | $34,465.08 |

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | Hercules Offshore, Inc. et al.[2] |
| United States Bankruptcy Court for the: | District of Delaware |
| | (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐  *Schedule H: Codebtors (Official Form 206H)*

☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐  Amended Schedule

☒  *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 35 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

| | |
|---|---|
| 06/05/2016 | ☒ _____ |
| MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | Troy L. Carson |
| | Printed name |
| | Authorized Signatory |
| | Position or relationship to debtor |

---

[2]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326).

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERCULES OFFSHORE, INC., *et al.* | ) Case No. 16-_____ (___) |
| | ) |
| Debtors.[1] | ) Joint Administration Requested |
| | ) |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(1)

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, Hercules

Offshore, Inc.; Cliffs Drilling Company; Cliffs Drilling Trinidad, L.L.C.; FDT LLC; FDT

Holdings LLC; Hercules Drilling Company, LLC; Hercules Liftboat Company, LLC; Hercules

Offshore Services LLC; Hercules Offshore Liftboat Company LLC; HERO Holdings, Inc.; SD

Drilling LLC; THE Offshore Drilling Company; THE Onshore Drilling Company; TODCO

Americas Inc.; TODCO International Inc. (collectively, the "Debtors"), respectfully represent:

1. To the best of the Debtors' knowledge and belief based on publicly filed disclosures, the
   following entities directly or indirectly own more than 10% of Hercules Offshore, Inc.'s
   equity: (i) Loomis Sayles & Company LP and (ii) Centerbridge Partners.

2. 100% of Cliffs Drilling Company's equity is directly owned by Hercules Offshore, Inc.

3. 100% of Cliffs Drilling Trinidad, L.L.C.'s equity is directly owned by Cliffs Drilling
   Company and indirectly owned by Hercules Offshore, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

4.  100% of FDT LLC's equity is directly owned by FDT Holdings LLC and indirectly owned by THE Offshore Drilling Company and Hercules Offshore, Inc.

5.  100% of FDT Holdings LLC's equity is directly owned by THE Offshore Drilling Company and indirectly owned by Hercules Offshore, Inc.

6.  100% of Hercules Drilling Company, LLC's equity is directly owned by HERO Holdings, Inc. and indirectly owned by Hercules Offshore, Inc.

7.  100% of Hercules Offshore Services LLC's equity is directly owned by HERO Holdings, Inc. and indirectly owned by Hercules Offshore, Inc.

8.  100% of Hercules Offshore Liftboat Company LLC's equity is directly owned by HERO Holdings, Inc. and indirectly owned by Hercules Offshore, Inc.

9.  100% of HERO Holdings, Inc.'s equity is directly owned by Hercules Offshore, Inc.

10. 100% of SD Drilling LLC's equity is directly owned by HERO Holdings, Inc. and indirectly owned by Hercules Offshore, Inc.

11. 100% of THE Offshore Drilling Company's equity is directly owned by Hercules Offshore, Inc.

12. 100% of THE Onshore Drilling Company's equity is directly owned by Cliffs Drilling Company and indirectly owned by Hercules Offshore, Inc.

13. 100% of TODCO Americas Inc.'s equity is directly owned by Cliffs Drilling Company and indirectly owned by Hercules Offshore, Inc.

14. 100% of TODCO International Inc.'s equity is directly owned by Hercules Offshore, Inc.

*[signature page follows]*

2

<table>
<tr><td colspan="2">Fill in this information to identify the case and this filing:</td></tr>
<tr><td>Debtor Name</td><td>Hercules Offshore, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/5/2016
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Troy L. Carson
Printed name

Vice President
Position or relationship to debtor