**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HERCULES OFFSHORE, INC., *et al.*, | ) ) ) | Case No. 16-11385 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Evan Goldenberg of White & Case LLP to represent the Ad Hoc Group of First Lien Lenders in these proceedings.

/s/ *Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Klehr Harrison Harvey Branzburg LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Email:  dpacitti@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, am admitted to practice before the United States District Courts for the Southern and Middle Districts of Florida, the United States District Courts for the Northern and Southern Districts of Texas, and the United States Court of Appeals for the Eleventh Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Evan Goldenberg*
Evan Goldenberg
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Email:  egoldenberg@whitecase.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.