**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERCULES OFFSHORE, INC., *et al.* | ) | Case No. 16-11385 (KJC) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 115** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER**
**ESTABLISHING THE AMOUNT OF THE DISPUTED CLAIMS RESERVE**

The undersigned counsel to Hercules Offshore, Inc., and its debtor affiliates (collectively, the "Debtors") in the above-captioned chapter 11 cases hereby certifies as follows:

1. On June 21, 2016, the Debtors filed the *Debtors' Motion for Entry of an Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 115] (the "Motion").

2. On July 27, 2016, the following objections to the Motion were filed: (i) the *United States Trustee's Omnibus Objection to Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan, and to Approval of the Disclosure Statement and Solicitation Procedures for the Debtors' Joint Prepackaged Chapter 11 Plan and Disputed Claims Reserve Motion* [D.I. 246] (the "U.S. Trustee Objection"); (ii) the *Limited Objection to Debtors' Motion for Entry of an Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 243] (the "Montgomery Objection"); (iii) the *United States Objection to Confirmation and to Motion for Entry of an Order Establishing the Amount of the Disputed Claims Reserve* [D.I. 260] (the "IRS Objection"); and (iv) the *Objection of Axon Pressure Products, Inc., Axon EP, Inc. and Axon*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); TODCO International Inc. (0326). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

*Energy Products AS to (I) the Debtors' Motion for Entry of an Order Establishing the Amount of the Disputed Claims Reserve and (II) the Debtors' Joint Prepackaged Chapter 11 Plan* [D.I. 245] (the "Axon Objection").[2]

3. Prior to the hearing on the Motion, the Debtors and the applicable parties reached agreements resolving the Montgomery Objection, the IRS Objection and the Axon Objection.

4. At the hearing on the Motion, the Court sustained the U.S. Trustee Objection.

5. Attached hereto as **Exhibit A** is a copy of a revised proposed form of order reflecting modifications incorporating the Court's ruling with respect to the U.S. Trustee Objection and agreed upon revisions resolving the Montgomery Objection and the IRS Objection.

6. Attached hereto as **Exhibit B** is a redline of the revised proposed form of order against the order that was filed with the Motion.

7. The revised proposed form of order has been provided and is acceptable to counsel to the United States Trustee and the ad hoc group of certain of the Debtors' first lien lenders. In addition, the revised proposed form of order includes the modifications agreed to with counsel to Daniel Montgomery and the Internal Revenue Service resolving the Montgomery Objection and the IRS Objection. The Axon Objection has been resolved through modifications to the proposed form of order confirming the *Debtors' Modified Joint Prepackaged Chapter 11 Plan (Incorporating Mediation Settlement)* [D.I. 481].

---

[2] In addition, Peter Dominique filed a pro se objection to the Motion [D.I. 226]. The Debtors are not aware of the identity of Mr. Dominique, and Mr. Dominique did not prosecute his objection at the hearing on the Motion. Accordingly, Mr. Dominique's objection was overruled.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed form of order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: November 10, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Matthew B. Harvey*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>eschwartz@mnat.com<br>mharvey@mnat.com<br><br>- and -<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (admitted *pro hac vice*)<br>Philip C. Dublin (admitted *pro hac vice*)<br>David H. Botter (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>- and -<br><br>Kevin M. Eide (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Counsel for Debtors and Debtors in Possession* |