# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERCULES OFFSHORE, INC., *et al.* | ) Case No. 16-11385 (KJC) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) **Re: Docket Nos. 18, 19, 369, 436, and 465** |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING THE DEBTORS' DISCLOSURE STATEMENT FOR, AND CONFIRMING, THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN

The undersigned counsel to Hercules Offshore, Inc. ("HERO"), and its affiliated debtors and debtors in possession (collectively, the "Debtors") hereby certifies as follows with respect to the proposed *Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* (the "Proposed Order"), attached hereto as Exhibit A:

1. On June 6, 2016, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan*, dated May 31, 2016 [Docket No. 18] (the "Initial Plan") and the related *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan*, dated May 31, 2016 [Docket No. 19] (the "Disclosure Statement").

2. On September 15, 2016, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan (Incorporating Mediation Settlement)*, dated September 15, 2016 [Docket No. 369] (the "Modified Plan").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); TODCO International Inc. (0326). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

3. On September 22, 23, 26 and 27, 2016, the Court held a hearing to consider confirmation of the Modified Plan (the "Confirmation Hearing").

4. Following the Confirmation Hearing, on October 18, 2016, the Debtors filed the *Debtors' Modified Joint Prepackaged Chapter 11 Plan (Incorporating Mediation Settlement)* [Docket No. 436] (the "Plan").

5. On November 1, 2016, the Court issued an opinion providing that, among other things, the Court would confirm the Plan and directing the parties to submit a proposed confirmation order memorializing the Court's decision [Docket No. 465] (the "Confirmation Opinion").

6. On November 9, 2016, the Debtors filed a proposed order confirming the Plan under certification of counsel [Docket No. 481] (the "Initial Proposed Order").

7. The Initial Proposed Order was circulated and is acceptable to counsel to (i) the ad hoc group of certain of the Debtors' first lien lenders, (ii) the official committee of equity security holders, and (iii) the United States Trustee. In addition, the Initial Proposed Order was circulated and is acceptable to (i) Axon Pressure Products, Inc., Axon EP, Inc. and Axon Energy Products AS, (ii) the Internal Revenue Service, (iii) certain underwriters at Lloyd's, London and (iv) Assuranceforeningen SKUL (Gensidig), and the changes made to the Initial Order do not implicate any agreements reached with such parties. Finally, the Proposed Order incorporates language agreed to with the following parties: (a) Cypress-Fairbanks Independent School District, Fort Bend Independent School District, Fort Bend County and Harris County; (b) the Department of Health and Human Services and the Coast Guard; (c) the Environmental Protection Agency; (d) the Federal Communications Commission; and (e) Oracle America, Inc. The objection filed by Arena Offshore, LP, was resolved through modifications to

the Wind Down Entity Agreement (as defined in the Plan), which were reflected in the amended version of the Wind Down Entity Agreement filed with the Court on October 18, 2016 [Docket No. 438].

8.  After further review, the Debtors determined to withdraw the Initial Proposed Order in order to accommodate a modification requested by Prime Clerk LLC, in its capacity as administrative advisor to the Debtors. Counsel to the Debtors provided the proposed modification to the United States Trustee, the ad hoc group of certain of the Debtors' first lien lenders, and the official committee of equity security holders, none of whom has an objection to the modification.

9.  Attached hereto as Exhibit A is a copy of the revised Proposed Order.

10. Attached hereto as Exhibit B is a redline of the revised Proposed Order against the Initial Proposed Order.

*[Remainder of page intentionally left blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

| | |
|---|---|
| Dated: November 14, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Matthew B. Harvey*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>eschwartz@mnat.com<br>mharvey@mnat.com<br><br>- and -<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (admitted *pro hac vice*)<br>Philip C. Dublin (admitted *pro hac vice*)<br>David H. Botter (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>- and -<br><br>Kevin M. Eide (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* |