**Exhibit**

Blue Marble Invoices

# Blue Marble Logistics, LLC

800 King Street
Wilmington, DE 19801

**INVOICE**

| | |
|---|---|
| Invoice #: | 27825 |
| Account #: | mnat |
| Billing Thru: | 09/11/16 |
| Page: | 1 |
| Branch: | Corp |

Please direct all inquiries within 7 days to:
Phone #: 302-661-4390
Email: Dispatch@bluemarblelog.com

220043

Morris Nichols Arsht and Tunnell
1201 N Market Street Suite 16th floor
Wilmington, DE 19801

KEYPUNCHED
SEP 16 2016

Please Remit To:
Blue Marble Logistics, LLC
P.O. Box 147
Wilmington, DE 19899

| Date | Order # | Caller | Origin | Destination | Base Chg | Surcharges | Total |
|------|---------|--------|--------|-------------|----------|------------|-------|



Case 16-11385-KJC    Doc 520-1    Filed 11/23/16    Page 3 of 8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/06/16 | 597272 | connor 79105 | Mikimotos 1212 Washington St Wilmington, DE 19801 PCS 1 WT DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 25.65 Drive TOS: WD | 24.00 BX 3.46 FC | 811.96 CO | 865.07 |
| | | | | | | | 79105 SUBTOTAL | 865.07 |

# Blue Marble Logistics, LLC

800 King Street
Wilmington, DE 19801

**INVOICE**

| | |
|---|---|
| Invoice #: | 27938 |
| Account #: | mnat |
| Billing Thru: | 09/24/16 |
| Page: | 1 |
| Branch: | Corp |

Please direct all inquiries within 7 days to:
Phone #: 302-661-4390
Email: Dispatch@bluemarblelog.com

220462

Morris Nichols Arsht and Tunnell
1201 N Market Street Suite 16th floor
Wilmington, DE 19801

**KEYPUNCHED**
SEP 30 2016

Please Remit To:
Blue Marble Logistics, LLC
P.O. Box 147
Wilmington, DE 19899

| Date | Order # | Caller | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|---|



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/19/16 | 598737 | steven 79105 | Washington Street Ale Hous 1206 N. Washington Street Wilmington, DE 19801 PCS 1 WT DEL | Morris Nichols Arsht and 1201 N. Market Street Wilmington, DE 19801 SIGN | 25.43 | 10.60 CO TOS: WN | 3.43 FC | 39.46 |

Case 16-11385-KJC   Doc 520-1   Filed 11/23/16   Page 5 of 8

| Date | Ref | Name | From | To | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 09/21/16 | 598864 | Chris 79105 | Morris Nichols Arsht and T 1201 N Market Street Wilmington, DE 19801 PCS   1 WT   DEL | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 SIGN | 16.95 Drive TOS: WD | 18.00 WA 2.29 FC | 44.00 BX | 81.24 |
| 09/22/16 | 598865 | Chris 79105 | Morris Nichols Arsht and T 1201 N Market Street Wilmington, DE 19801 PCS   1 WT   DEL | Bankruptcy Court Judge Ca 824 Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 150.00 WA 2.29 FC | 380.00 BX | 549.24 |
| 09/22/16 | 599168 | connor 79105 | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 PCS   1 WT   DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 18.00 WA 2.29 FC | 44.00 BX | 81.24 |
| 09/22/16 | 599200 | connor 79105 | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 PCS   WT   DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 6.90 Rush Deliv TOS: WD | 7.50 WA | 8.00 BX | 22.40 |
| 09/22/16 | 599215 | connor 79105 | Bankruptcy Court Judge Car 824 Market Street Wilmington, DE 19801 PCS   WT   DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 6.90 Rush Deliv TOS: WD | 4.00 BX | | 10.90 |
| 09/23/16 | 598866 | Chris 79105 | Morris Nichols Arsht and T 1201 N Market Street Wilmington, DE 19801 PCS   1 WT   DEL | Bankruptcy Court Judge Ca 824 Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 45.00 WA 2.29 FC | 4.00 BX | 68.24 |
| 09/23/16 | 599371 | Megan 79105 | Brew Ha Ha 835 Market Street Wilmington, DE 19801 PCS   1 WT   DEL | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 SIGN | 16.95 Drive TOS: WD | 4.00 BX 2.29 FC | 21.15 CO | 44.39 |
| 09/23/16 | 599312 | Chris 79105 | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 PCS   1 WT   DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 7.50 WA 2.29 FC | 12.00 BX | 38.74 |
| 09/23/16 | 599361 | Connor 79105 | Bankruptcy Court @ Epiq Su 824 Market Street Wilmington, DE 19801 PCS   WT   DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Rush Deliv TOS: WD | 15.00 WA | 36.00 BX | 67.95 |

79105 SUBTOTAL 1003.80

# Blue Marble Logistics, LLC

800 King Street
Wilmington, DE 19801

**INVOICE**

| | |
|---|---|
| Invoice #: | 27989 |
| Account #: | mnat |
| Billing Thru: | 10/01/16 |
| Page: | 1 |
| Branch: | Corp |

Please direct all inquiries within 7 days to:

Phone #: 302-661-4390
Email: Dispatch@bluemarblelog.com

220609

Morris Nichols Arsht and Tunnell
1201 N Market Street Suite 16th floor
Wilmington, DE 19801

RECEIVED OCT 0 6 2016

KEYPUNCHED
OCT 0 7 2016

Please Remit To:
Blue Marble Logistics, LLC
P.O. Box 147
Wilmington, DE 19899

| Date | Order # | Caller | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|---|

| Date | Ref | Name | From | To | Qty | Charges | Extra | Total |
|---|---|---|---|---|---|---|---|---|
| 09/26/16 | 598867 | Chris 79105 | Morris Nichols Arsht and T 1201 N Market Street Wilmington, DE 19801 PCS  1 WT  DEL | Bankruptcy Court Judge Ca 824 Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 30.00 WA 2.29 FC | | 49.24 |
| 09/26/16 | 599481 | Megan 79105 | Brew Ha Ha 835 Market Street Wilmington, DE 19801 PCS  1 WT  DEL | EPIQ Suite @ Bankruptcy 824 N Market Street Wilmington, DE 19801 SIGN | 6.90 Rush Deliv TOS: WD | 7.50 WA 42.30 CO | 8.00 BX | 64.70 |
| 09/26/16 | 599543 | Steven 79105 | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 PCS  1 WT  DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 15.00 WA 2.29 FC | 20.00 BX | 54.24 |
| 09/27/16 | 599667 | Steven 79105 | Bankruptcy Court Judge Car 824 Market Street Wilmington, DE 19801 PCS  1 WT  DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 90.00 WA 2.29 FC | 180.00 BX | 289.24 |
| 09/27/16 | 599669 | Conor 79105 | EPIQ Suite @ Bankruptcy 824 N MARKET STREET WILMINGTON, DE 19801 PCS  1 WT  DEL | Morris Nichols Arsht and 1201 N Market Street Wilmington, DE 19801 SIGN | 16.95 Drive TOS: WD | 12.00 BX | 2.29 FC | 31.24 |

79105 SUBTOTAL  488.66