**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERCULES OFFSHORE, INC., *et al.* | ) | Case No. 16-11385 (KJC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 534** |

# CERTIFICATION OF COUNSEL IN SUPPORT OF ORDER (I) AUTHORIZING SELLING DEBTORS' ENTRY INTO THE STALKING HORSE PURCHASE AGREEMENT FOR THE SALE OF THE SELLING DEBTORS' GOM FLEET AND RELATED ASSETS; (II) APPROVING BIDDING PROCEDURES AND BID PROTECTIONS; (III) SCHEDULING A HEARING TO CONSIDER APPROVAL OF THE SALE OF ASSETS; (IV) APPROVING FORM AND MANNER OF NOTICE AND SALE; AND (V) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors (collectively, the "Debtors") hereby certifies as follows with respect to the proposed *Order (I) Authorizing Selling Debtors' Entry into the Stalking Horse Purchase Agreement for the Sale of the Selling Debtors' GOM Fleet and Related Assets; (II) Approving Bidding Procedures and Bid Protections; (III) Scheduling a Hearing to Consider Approval of the Sale of Assets; (IV) Approving Form and Manner of Notice of Sale; and (V) Granting Related Relief* (the "Revised Bid Procedures Order"), attached hereto as **Exhibit A**:

    1.    On November 30, 2016, the Debtors filed the *Debtors' Motion for Orders (I)(A) Authorizing Selling Debtors' Entry into the Stalking Horse Purchase Agreement for the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

*Sale of the Selling Debtors' GOM Fleet and Related Assets, (B) Approving Bidding Procedures and Bid Protections, (C) Scheduling a Hearing to Consider Approval of the Sale of Assets, (D) Approving Form and Manner of Notice of Sale, and (E) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of the Selling Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (D.I. 534) (the "<u>Bid Procedures Motion</u>").

       2.      Attached to the Bid Procedures Motion was the Debtors' proposed *Order (I) Authorizing Selling Debtors' Entry into the Stalking Horse Purchase Agreement for the Sale of the Selling Debtors' GOM Fleet and Related Assets; (II) Approving Bidding Procedures and Bid Protections; (III) Scheduling a Hearing to Consider Approval of the Sale of Assets; (IV) Approving Form and Manner of Notice of Sale; and (V) Granting Related Relief* (D.I. 534-1) (the "<u>Bid Procedures Order</u>").

       3.      The Debtors received informal comments regarding the proposed Bid Procedures Order from the U.S. Trustee, and made revisions to the Bid Procedures Order to address those comments. The Revised Bid Procedures Order incorporates the informal comments received from the United States Trustee, and the U.S. Trustee has reviewed and approved the Revised Bid Procedures Order.

       4.      No other objections or comments were filed or received.

       5.      Attached as **Exhibit B** is a redline of the Revised Bid Procedures Order against the version filed with the Bid Procedures Motion.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Bidding Procedures Order and grant related relief.

| | |
|---|---|
| Dated: December 13, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Matthew B. Harvey*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>eschwartz@mnat.com<br>mharvey@mnat.com<br><br>- and -<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (admitted pro hac vice)<br>Philip C. Dublin (admitted pro hac vice)<br>David H. Botter (admitted pro hac vice)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>- and -<br><br>Kevin M. Eide (admitted pro hac vice)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Counsel for Debtors* |

10633710.2