**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HERCULES OFFSHORE, INC., *et al.* | ) | Case No. 16-11385 (KJC) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 18, 2017 AT 10:00 A.M. (EASTERN TIME)[2]**

WITHDRAWN/RESOLVED/ADJOURNED MATTERS:

1. Third Supplemental Notice Of Debtors' Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases And Of Proposed Cure Claims (D.I. 477, Filed 11/4/16).

    Objection Deadline:   November 16, 2016 at 4:00 p.m. (ET).

    Responses Received:

    (a) Objection Of Al-Hugayet Contracting Est. To Debtors' Proposed Cure Amounts And Assumption And Assignment Of Local Representation Agreement (D.I. 490, Filed 11/17/16); and

    (b) Oracle's Limited Objection To And Reservation Of Rights Regarding The Third Supplemental Notice Of Debtors' Proposed Assumption And Assignment Of Executory Contracts And Unexpired Leases And Of Proposed Cure Claims (D.I. 491, Filed 11/17/16).

    Related Documents:   None.

    Status:   Item (b) above has been resolved between the parties.  This hearing on item (a) above has been adjourned by agreement of the parties.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

[2] The hearing will be held before the Honorable Kevin J. Carey, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom # 5.

2.  Oracle America Inc.'s Request For Allowance And Payment Of Chapter 11 Administrative Expenses (D.I. 571, Filed 12/30/16).

    Objection Deadline:  January 11, 2017 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    (a)  Notice Of Withdrawal Of Oracle America, Inc.'s Request For Allowance And Payment Of Chapter 11 Administrative Expenses (D.I. 574, Filed 1/10/17).

    Status:  This matter has been withdrawn.

MATTER UNDER CERTIFICATION:

3.  Motion Of Toby Martin, Jr. To Enlarge Bar Date To Permit Late Filing Of Proof Of Claim (D.I. 568, Filed 12/28/16).

    Objection Deadline:  January 11, 2017 at 4:00 p.m. (ET), extended to January 13, 2017 for the Debtors.

    Responses Received: Informal objection of the HERO Liquidating Trust.

    Related Documents:

    Status: The parties have reached an agreement in principle resolving this matter. The parties are preparing an agreed form of order, which will be filed with the Court under certification of counsel.

CONTESTED MATTERS:

4.  Debtors' Motion For Orders (I)(A) Authorizing Selling Debtors' Entry Into The Stalking Horse Purchase Agreement For The Sale Of The Selling Debtors' GOM Fleet And Related Assets, (B) Approving Bidding Procedures And Bid Protections, (C) Scheduling A Hearing To Consider Approval Of The Sale Of Assets, (D) Approving The Form And Manner Of Notice Of Sale, And (E) Granting Related Relief; And (II)(A) Authorizing And Approving The Sale Of The Selling Debtors' Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (C) Granting Related Relief (D.I. 534, Filed 11/30/16)

    Objection Deadline:  January 13, 2017 at 4:00 p.m. (ET).

    Response Received:  Informal objection of Toby Martin.

Related Documents:

(a) Order (I) Authorizing Selling Debtors' Entry Into The Stalking Horse Purchase Agreement For The Sale Of The Selling Debtors' GOM Fleet And Related Assets, (II) Approving Bidding Procedures And Bid Protections, (III) Scheduling A Hearing To Consider Approval Of The Sale Of Assets, (IV) Approving The Form And Manner Of Notice Of Sale, And (V) Granting Related Relief (D.I. 557, Entered 12/13/16);

(b) Notice Of Public Auction (D.I. 559, Filed 12/16/16);

(c) Notice Of (I) Cure Amount With Respect To Executory Contracts And Unexpired Leases To Be Assigned And (II) Potential Assignment Of Executory Contracts And Unexpired Leases (D.I. 560, Filed 12/16/16); and

(d) Affidavit Of Publication (D.I. 567, Filed 12/23/16).

Status: This matter is going forward.  The parties have reached an agreement in principle resolving the informal objection of Toby Martin.

Dated:  January 13, 2017
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Matthew B. Harvey*
Robert J. Dehney (No. 3578)
Eric D. Schwartz (No. 3134)
Matthew B. Harvey (No. 5186)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
eschwartz@mnat.com
mharvey@mnat.com

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (admitted *pro hac vice*)
Philip C. Dublin (admitted *pro hac vice*)
David H. Botter (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

       - and -

Kevin M. Eide (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for Debtors and Debtors in Possession*

10686092.1