IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HERCULES OFFSHORE, INC., *et al.* | ) Case No. 16-11385 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) **Re: Docket Nos. 534, 557** |

NOTICE OF SUCCESSFUL BIDDER
FOR THE SALE OF THE SELLING DEBTORS' GOM FLEET AND RELATED ASSETS

**PLEASE TAKE NOTICE** that on November 30, 2016, the Debtors filed a motion [Docket No. 534] (the "Sale Motion")[2] seeking authority to, among other things, (i) enter into the Stalking Horse Purchase Agreement with Enterprise Offshore Drilling, LLC relating to the sale (the "Sale") of the Selling Debtors' GOM Fleet, (ii) establish bidding procedures (the "Bidding Procedures") in connection with the Sale, (iii) set a date for the Auction, if any, and (iv) schedule a hearing for approval of the Sale.

**PLEASE TAKE FURTHER NOTICE** that, on December 2, 2016 (the "Effective Date"), the Debtors consummated the *Debtors' Modified Joint Prepackaged Chapter 11 Plan (Incorporating Mediation Settlement)* [Docket No. 436] (the "Plan"). Accordingly, on the Effective Date, pursuant to the terms of the Plan, all of the Debtors' assets automatically vested in the HERO Liquidating Trust (the "Liquidating Trust").

**PLEASE TAKE FURTHER NOTICE** that, on December 13, 2016, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 557] (the "Bidding Procedures Order") (i) authorizing the Selling Debtors to enter into the Stalking Horse Purchase Agreement, (ii) approving the Bidding Procedures, (iii) setting a Bid Deadline of January 9, 2017 at 5:00 p.m. (prevailing Eastern Time), (iv) scheduling the Auction, if any, for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Cliffs Drilling Company (8934); Cliffs Drilling Trinidad L.L.C. (5205); FDT LLC (7581); FDT Holdings LLC (4277); Hercules Drilling Company, LLC (2771); Hercules Offshore, Inc. (2838); Hercules Offshore Services LLC (1670); Hercules Offshore Liftboat Company LLC (5303); HERO Holdings, Inc. (5475); SD Drilling LLC (8190); THE Offshore Drilling Company (4465); THE Onshore Drilling Company (1072); TODCO Americas Inc. (0289); and TODCO International Inc. (0326). The HERO Liquidating Trust's corporate headquarters are located at, and the mailing address for each Debtor is, 9 Greenway Plaza, Suite 2200, Houston, TX 77046.

[2] Capitalized terms used but not defined herein shall the meaning ascribed to them in the Sale Motion.

January 12, 2017 at 10:00 a.m. (prevailing Eastern Time), and (v) scheduling the Sale Hearing for January 18, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures and the Bidding Procedures Order, the Liquidating Trust conducted the Auction on January 12, 2017 at 10:00 a.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures and the Bidding Procedures Order, the Liquidating Trust is required to file on the Court's docket in these chapter 11 cases a notice disclosing the identity of the Successful Bidder and the Back-Up Bidder, if any.

**PLEASE TAKE FURTHER NOTICE** that in compliance with this requirement under the Bidding Procedures and the Bidding Procedures Order, the Debtors hereby provide notice that the following parties have been selected as the Successful Bidder and the Back-Up Bidder:

| **Successful Bidder** | **Purchase Price** |
|---|---|
| Enterprise Offshore Drilling, LLC | $23,690,000 (including cash in the amount of $22,250,000 and credit for the Break-Up Fee, the Expense Reimbursement and certain assumed liabilities) |
| **Back-Up Bidder** | **Purchase Price** |
| Triton Drilling, LLC | $23,440,000 (including cash in the amount of $22,940,000 and credit for certain assumed liabilities) |

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust will seek approval of the Sale before the Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware, at 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on January 18, 2017 at 10:00 a.m. (prevailing Eastern Time). The Liquidating Trust intends to file an executed purchase and sale agreement and a proposed sale order in advance of the Sale Hearing.

[*Remainder of page intentionally blank*]

| | |
|---|---|
| Dated: January 17, 2017<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew B. Harvey*<br>Robert J. Dehney (No. 3578)<br>Eric D. Schwartz (No. 3134)<br>Matthew B. Harvey (No. 5186)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>rdehney@mnat.com<br>eschwartz@mnat.com<br>mharvey@mnat.com<br><br>- and –<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Michael S. Stamer (admitted *pro hac vice*)<br>Philip C. Dublin (admitted *pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>- and –<br><br>Kevin M. Eide (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>*Counsel to the HERO Liquidating Trust* |